PEOPLE, APPELLEE, *v.* CASTRO, APPELLANT.

District Court of Ponce.

No. 2229.—Decided March 28, 1924.

The first assignment of error by the appellant in support of a reversal of the judgment convicting him of grand larceny is that the allegation in the information that he "stole several jewels of a value of more than $100" without further description or identification of the jewels, was not sufficient to charge a crime.

The *Fiscal* agreed that the information was not sufficient and, in accordance with the case of *People* v. *Piris, ante,* page 864, the judgment was reversed.

MR. JUSTICE ALDREY delivered the opinion of the court.